IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KINGSLYFORKWA ACHU, A# 221-350-195                          PETITIONER

V.                                                    CIVIL NO.  5:26-cv-153-DCB-RPM

PAM BONDI, ET AL.                                              RESPONDENTS

<u>ORDER REQUIRING PETITIONER TO RESPOND</u>

Pro se Petitioner Kingslyforkwa Achu ("Petitioner"), is an immigration detainee and he brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  It is unclear if Petitioner is housed at the Eloy Detention Center in Arizona or the Adams County Correctional Center in Mississippi.  *See* Pet. [1] at 2–3, 8; Env. [1-1].  Therefore, it is hereby,

ORDERED that on or before March 31, 2026, Petitioner shall file a written response to answer the following questions?

(1)  What are the dates of your detention at the Eloy Detention Center?

(2)  What are the dates of your detention at the Adams County Correctional Center?

(3)  Where are you presently detained?

IT IS FURTHER ORDERED that the Court warns Petitioner that his failure to advise this Court of a change of address or his failure to timely comply with this Order may result in the dismissal of this case.

IT IS FURTHER ORDERED that the Clerk is directed to mail a copy of this Order to Petitioner at the Eloy Detention Center, 1705 East Hanna Rd., Eloy, AZ 85131, and to Petitioner at the Adams County Correctional Center, 20 Hobo Fork Rd., Natchez, MS 39210.  Petitioner is advised that this is the only time the Court will mail an Order to two addresses.  Petitioner is

required to supply his current address for the record and any future correspondence from the

Court.

THIS, the 10th day of March, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE