IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KINGSLYFORKWA ACHU, A# 221-350-195                    PETITIONER

v.                                          CIVIL NO. 5:26-cv-153-DCB-RPM

WARDEN, Adams County Correctional Center              RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Kingslyforkwa Achu's

(Petitioner's), Amended Petition [5] for a Writ of Habeas Corpus under 28 U.S.C.

§ 2241.[1]  Petitioner is an immigration detainee and his initial Petition and Motion

[2] to expedite included an address of a detention center in Arizona, causing

confusion as to Petitioner's housing location.  Petitioner verifies in his Amended

Petition [5] that, on the date of filing this action and presently, he is housed at the

Adams County Correctional Center in Natchez, Mississippi.   The Court finds that

Petitioner's address on the docket should be edited to reflect that he is housed at the

Adams County Correctional Center.

Secondly, because Petitioner is challenging his present physical custody, "the

proper respondent is the warden of the facility where the [petitioner] is being held,

not the Attorney General or some other remote supervisory official." *Rumsfeld v.*

*Padilla*, 542 U.S. 426, 435 (2004).  In his Amended Petition [5], Petitioner includes

the Warden of the Adams County Correctional Center as a Respondent along with

---

[1] Petitioner paid the filing fee.

other supervisory officials. The Court finds that the sole Respondent is the Warden, Adams County Correctional Center.

Finally, after initial review of Petitioner's filings, the Court determines that the Respondent shall respond to the sworn Petition.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the docket to reflect that Petitioner is housed at the Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39120.

**IT IS FURTHER ORDERED** that the sole Respondent is Warden, Adams County Correctional Center.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Amended Petition [5] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Expedite [2] is

2

denied.  This case is proceeding in an expeditious manner, and no special designation is warranted.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 1st day of April, 2026.


/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE